UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MELISSA MOORE, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MADISON REED, INC., a Delaware corporation,<br><br>Defendant. | Case Number 1:22-CV-115<br><br>**STIPULATION OF DISMISSAL PURSUANT TO FEDERAL CIVIL PROCEDURE RULE 41(1)(A)(ii)** |

Plaintiff Melissa Moore ("Plaintiff"), through her undersigned counsel, and defendant Madison Reed, Inc. ("Defendant"), through its undersigned counsel, hereby stipulate pursuant to Rule 41(1)(A)(ii) to dismissal of Plaintiff Moore's claims in the above-captioned action with prejudice.

DATED: November 20, 2024                                    Respectfully submitted,

**SHOOK HARDY & BACON LLP**                                 **REESE LLP**

/s/*Amir Nassihi*                                           /s/ *Michael R. Reese*
Amir Nassihi                                                Michael R. Reese
555 Mission Street, Suite 2300                              100 West 93rd Street, 16th Floor
San Francisco, California 94105                             New York, New York 10025
Telephone: (415) 544-1900                                   Telephone: (212) 643-0500
*anassihi@shb.com*                                          *mreese@reesellp.com*

*Counsel for Defendant*                                     *Counsel for Plaintiff*

IT IS SO ORDERED.

_____
Frederick J. Scullin, Jr.
Senior United States District Judge

Date: November 25, 2024